IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SAMY ANGLY )
)
v. ) No. 3-09-1214
)
JANET NAPOLITANO, Secretary U.S. )
Department of Homeland Security; )
ALEJANDRO MAYORKAS, Director, )
U.S. Citizenship and Immigration )
Services; and LYNUEL W. DENNIS, )
U.S. Citizenship and Immigration )
Services Field Office Director )

O R D E R

On February 26, 2010, the plaintiff filed a notice of voluntary dismissal (Docket Entry No. 7), no answer or motion for summary judgment having been filed or served by the defendants.

In accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED without prejudice, and the Clerk is directed to close this case on the records of the Court.

The initial case management conference, rescheduled by order entered February 8, 2010 (Docket Entry No. 6), on March 16, 2010, is CANCELLED, and there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge